## CLARK *v.* BEECHER.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF NEW YORK.

No. 214.   Argued February 8, 1878. — Decided March 25, 1878.

A decree setting aside a conveyance by a bankrupt to his wife as fraudulent is sustained; but it is also held that a personal decree against her for rents, issues and profits, and for the use and occupation of the premises was error.

MR. JUSTICE SWAYNE delivered the opinion of the court.

The bill charges that a fraudulent settlement was made by

Abraham Clark, the bankrupt, upon the appellant, his wife.   The Circuit Court decreed against her and she brought the case here for review.

Recently several of these cases in their aspects of both fact and law have been very fully considered by this court.

Each controversy must necessarily depend for its termination upon its own facts and circumstances.   The rules of law which apply are well settled.   In this case nothing could be gained either to the profession or the parties by going in detail over the facts or the law, however elaborately the work was done.

We, therefore, deem it sufficient to say that we are satisfied with the judgment of the Circuit Court upon the main point brought before it for consideration.   We think the conveyance complained of was properly condemned as fraudulent, and, therefore, held to be void.

But it is equally clear that the personal decree against the appellant for the rents, issues and profits, and the use and occupation of the premises, was erroneous.

Upon this subject it is sufficient to refer to the opinion of this court in the cases of *Phipps* v. *Sedgwick*, and of *Place* v. *Sedgwick*, 95 U. S. 3, and to the opinion in the *United States Trust Company* v. *Sedgwick*, 97 U. S. 304, just delivered.

This case will be remanded to the Circuit Court, with directions to modify the decree in conformity to this opinion.

*Mr. Luther R. Marsh* and *Mr. W. F. Shepherd* for appellant.

*Mr. Francis N. Bangs* for appellee.